# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 19-cr-276-DSD-TNL-1 |
| **Victor Manuel Quijada,** Defendant. | Date: January 29, 2020 |
| | Court Reporter: Renee Rogge |
| | Courthouse: Minneapolis |
| | Courtroom: 14W |
| | Time Commenced: 2:15 pm |
| | Time Concluded: 2:49 pm |
| | Time in Court: 29 Minutes |

Before Judge David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Tom Hollenhorst, Assistant U.S. Attorney
    For Defendant:    Kevin M O'Brien  ☒ CJA

PROCEEDINGS:
    ☒ **Change of Plea Hearing.**

    ☒ PLEA:
        ☒ Guilty as to Count(s): 1 and 2
            No plea agreement
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                    JK
                                                    Courtroom Deputy