UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-276 (DSD/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NOTICE OF INTENT TO CALL<br>) WITNESS AT SENTENCING<br>) HEARING |
| VICTOR MANUEL QUIJADA, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby gives notice of its intent to call Special Agent Andrew Mento (FBI) at the sentencing hearing scheduled in this matter for September 23, 2020, at 1:30 p.m. The testimony of this witness is expected to last approximately 30 minutes.

Dated:   September 17, 2020

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

s/*Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322