# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# EVIDENTIARY HEARING & SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| v. | ) | Case No: | 19cr276(1)(DSD/TNL) |
| | ) | Date: | September 29, 2020 |
| | ) | Court Reporter: | Renee Rogge |
| VICTOR MANUEL QUIJADA, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | Devitt Courtroom |
| Defendant. | ) | Time Commenced: | 3:00 p.m. |
| | ) | Time Concluded: | 5:15 p.m. |
| | | Sealed Hearing Time: | |
| | | Time in Court: | 2 Hours & 15 Minutes |

Before David S. Doty, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:    Thomas M. Hollenhorst, Assistant United States Attorney
   For Defendant:  Kevin M. O'Brien    ☒ CJA

☒ **Evidentiary Hearing held.** Government's witness: Special Agent Christopher Hage. Court received Government Exhibits 1 -5.

☒ **Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | SR | PROB |
|---|---|---|---|---|---|
| 1 | X | | 200 months | 5 years | |
| 2 | X | | 200 months | 5 years | |

Said terms to run ☒ concurrently   ☐ consecutively

☒ Special conditions of :    **See J&C for special conditions**

☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $200 to be paid.

☒ No plea agreement.
☒ Defendant remanded to the custody of the U.S. Marshal.
☒ Docket nos. 45 and 48 shall remain sealed until September 30, 2040.

s/D.O..
Judicial Assistant